ANDRE′ BIROTTE, JR.
United States Attorney

GRAYSON A. HOFFMAN
Member, Virginia Bar, 73726
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-2904
Facsimile: (202) 514-6770
Email: Grayson.A.Hoffman@usdoj.gov

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-4600
Facsimile: (213) 894-0115
Email: Gavin.Greene@usdoj.gov

Attorneys for Plaintiff,
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER H. ADAMS, individually, and doing business as ADAMS BEACH INCOME TAX; BRANDON A. ADAMS; and GARRETT R. ADAMS, <br><br> Defendants. | Civil No. 2:10-cv-01852 <br><br> **Request for Entry of Default Against Alex H. Adams, d/b/a Adams Beach Income Tax; Brandon A. Adams; and Garrett R. Adams, and Declaration of Trial Attorney Grayson A. Hoffman** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA:

The United States of America requests that the clerk enter default against Alexander

H. Adams, individually, and doing business as Adams Beach Income Tax, Brandon

1

A. Adams, and Garrett R. Adams ("defendants"), for their failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the attached declaration of Trial Attorney Grayson A. Hoffman, and other documents filed with the Court, which show:

1. On March 16, 2010, the United States personally served copies of the summons and complaint on Alex H. Adams, d/b/a Adams Beach Tax Income, and Brandon A. Adams. Their answers were due on April 6, 2010.[1]

2. On March 18, 2010, the United States personally served copies of the summons and complaint on Garret R. Adams. His answer was due on April 8, 2010.[2]

3. As of the date of this request, defendants have not answered or otherwise responded to the complaint, and the time to answer or respond has not been extended.[3]

4. Upon information and belief, defendants are neither incompetent, nor infants. Defendants are not on active duty in the United States Military.[4]

---

[1] Docket ## 4-5.

[2] Docket # 6.

[3] Hoffman Declaration at ¶ 2.

[4] *Id.* at ¶ 4.

Request for Entry of Default - United States v. Alexander Adams, et al.

Date: April 16, 2010

                                              Respectfully submitted,

                                              ANDRE′ BIROTTE, JR.
                                              United States Attorney

                                              */s/ Grayson A. Hoffman*
                                              GRAYSON A. HOFFMAN
                                              Member, Virginia Bar, 73726
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 7238
                                              Ben Franklin Station
                                              Washington, D.C.  20044
                                              Telephone: (202) 616-2904
                                              Fax: (202) 514-6770
                                              Email: Grayson.A.Hoffman@usdoj.gov

Request for Entry of Default - United States v. Alexander Adams, et al.

**CERTIFICATE OF SERVICE**

I hereby certify that service of the REQUEST FOR ENTRY OF DEFAULT AGAINST ALEX H. ADAMS, d/b/a ADAMS BEACH TAX INCOME, BRANDON A. ADAMS, AND GARRET R. ADAMS, AND DECLARATION OF TRIAL ATTORNEY GRAYSON A. HOFFMAN, and PROPOSED ENTRY OF DEFAULT BY CLERK has been made on this 16th day of April, 2010, by mailing copies of the documents through the U.S. Mail to Alex H. Adams, d/b/a Adams Beach Tax Income, Brandon A. Adams, and Garret R. Adams, and by filing the documents through the Court's ECF system.

          */s/ Grayson A. Hoffman*
          Grayson A. Hoffman
          Trial Attorney

Request for Entry of Default - United States v. Alexander Adams, et al.    4

## DECLARATION OF TRIAL ATTORNEY GRAYSON A. HOFFMAN

1. I am the attorney for the United States in the above-captioned action.
2. Defendants Alex H. Adams, d/b/a Adams Beach Tax Income, Brandon A. Adams, and Garret R. Adams have not answered or otherwise responded to the complaint.
3. Upon information and belief, defendant Alex H. Adams, Brandon A. Adams, and Garret R. Adams are neither incompetent nor infants.
4. I consulted the Department of Defense Manpower Data Center Service members' Civil Relief act database at: *http://www.dmdc.osd.mil/scra/owa/home*, and entered in its search parameters the Social Security numbers of Alex H. Adams, Brandon A. Adams, and Garret R. Adams. The database did not possess any information indicating that any of the defendants are on active duty with the United States military.

## CERTIFICATION

I declare under penalty of perjury that the forgoing is true and correct. Executed on April 16, 2010.

        */s/ Grayson A. Hoffman*
        GRAYSON A. HOFFMAN
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 7238
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-2904
        Fax: (202) 514-6770
        Email: Grayson.A.Hoffman@usdoj.gov