O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV10-1852-AHM (SSx) | Date | September 20, 2010 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. ALEXANDER H. ADAMS et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Martin M. Shoemaker, DOJ | No Appearance |

**Proceedings:**           PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT [12] (non-evidentiary)

        Court issues tentative ruling and hears oral argument.  After questioning counsel, the Court is prepared to sign a revised proposed injunction and a revised proposed judgment that incorporate the Court's oral modifications made during the hearing. Accordingly, the Court takes the motion for default judgment under submission.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | | SMO |